# Court of Appeals
# of the State of Georgia

ATLANTA,  March 07, 2019

*The Court of Appeals hereby passes the following order:*

**A18A1681.  IN THE INTEREST OF A. N. et al., CHILDREN (MOTHER).**

We granted Chelsea Lee Johns' application for discretionary review of the juvenile court's order terminating her parental rights to her two minor children, A. N. and B. N. Having thoroughly reviewed the record, we conclude that the application for discretionary review was improvidently granted, and it is ordered that this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  03/07/2019
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*